UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANAE M. BRANTLEY,

               Plaintiff,

-against-

TAMPA POLICE DEPARTMENT; NYPD; NAACP; LEGAL AID SOCIETY (BRONX); HUMAN RIGHTS DIVISION; AIM AND DePAOLA LAW FIRM; ANIT VIOLENCE; CHANNEL 12 NEWS; EEOC (TAMPA); LGBT LAW FIRM; NEW YORK TIMES; UNITED STATES GOVERNMENT; STATE OF FLORIDA (SEE VIDEOS); FBI NEW YORK; FBI TAMPA; HILLS & ROSE LAW FIRM; HILLSBOROUGH COUNTY JAIL; FLORIDA STATE HOSPITAL; MONTEFIORE CLINIC; RIKERS ISLAND JAIL,

               Defendants.

19-CV-10362 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued April 28, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this order to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated:   April 28, 2020
          New York, New York

                                                            _Louis L. Stanton_
                                                            Louis L. Stanton
                                                                U.S.D.J.

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)