UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Janie Brantley
Write the full name of each plaintiff.

19 cv 10362
(Include case number if one has been assigned)

-against-

Tampa police Department,
State of Florida, South Florida State Hospital,
Tampa FBI Bureau, Hillsborough County Sheriff,
Equal Employment Opportunity commission,
Ben Crump Law Firm, Morgan and Morgan Law Firm,
Pinellas County jail,

United States government
State of New York
NAACP - NYC offices
NYPD
Rikers Island
Mount Sinai - Joshua Roseburg
Jennifer Hair Sabin
New York FBI Bureau

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED SDNY PRO SE OFFICE 2020 AUG -5 AM 10:42

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

False arrests and several unconstitutional act of hate, racism and discrimation that violated my rights

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Janine Brantley__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__N/A__.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

Florida and New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of New York and Florida

and has its principal place of business in the State of New York and Florida

or is incorporated under the laws of (foreign state) NO

and has its principal place of business in New York and Florida.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Janae                          M                    Brantley
First Name              Middle Initial              Last Name

601 E Prospect ave 2nd Floor apt 7
Street Address

Bronx                                    NY              10455
County, City                             State           Zip Code

929-900-7311                    JanaeBrantley1830@gmail.com
Telephone Number                Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
State of Florida
First Name / Last Name

Current Job Title (or other identifying information)

400 South Monroe St
Current Work Address (or other address where defendant may be served)

Tallahassee / FL / 32399
County, City / State / Zip Code

Defendant 2:
State of New York
First Name / Last Name

Current Job Title (or other identifying information)

State Street Albany,
Current Work Address (or other address where defendant may be served)

Albany / NY / 12230
County, City / State / Zip Code

Defendant 3:
Tampa Police Department
First Name / Last Name

Current Job Title (or other identifying information)

411 N. Franklin St
Current Work Address (or other address where defendant may be served)

Tampa / FL / 33602
County, City / State / Zip Code

Defendant 4: NYPD
  First Name          Last Name

Current Job Title (or other identifying information)
1 Police 23rd Floor
Current Work Address (or other address where defendant may be served)
New York                                          10038
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York and State of Florida

Date(s) of occurrence: 2016, 2017, 2018, 2019, 2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Will explain in court

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Neck and head injuries. I also got several injections for no reason.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

~~Lost Property an my apartment and dog adopted~~ Will explain in court

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8-5-20 | [signature] |
| Dated | Plaintiff's Signature |
| Janae | Brantley |
| First Name   Middle Initial | Last Name |
| 601 E Prospect Ave 2nd Floor apt 7 | |
| Street Address | |
| Bronx | NY     10455 |
| County, City | State    Zip Code |
| 929-900-7311 | janaebrantley183@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

United States Government Boss

20 million — 9. Pinellas County jail - copertind and Asian 33602 Floor, Tampa, FL

4 million — 8. Morgan And Morgan 201 N Franklin St 7th

2 Billion 1. State of Florida - 400 South Monroe St Tallahassee, FL, 32399-0001

2. Tampa Police Department - 411 N. Franklin St, Tampa, FL, 33602

3. South Florida state Hospital evaluation and treatment 18680 SW 376th St Homestead, FL, 33034

4. Tampa FBI Buera - 5525 W Gray St, Tampa FL 33609

5. Hillsborough County Sheriff's office 520 N. Falkenburg Rd, Tampa, FL, 33619

6. Equal Employment Opportunity Commission

10 million — 501 E. Polk St #1000 Tampa, FL, 33602

7. Ben Crump Law Firm 122 S Calhoun St, Tallahassee FL 32301

2 Billion — State of New York State street Albany, NY 12230

2. New York FBI Buera

Percents 1 — 26 Federal Plaza 23rd Floor, New York, NY 10278

42, 43, 46, 103rd 3. NYPD - 1 - Police Plaza Path, New York, NY 10038

4. Riker Island - 1616 Hazen St, Bronx, NY 11370

20 million 5. NAACP Brooklyn, Wall street, Bronx

Brooklyn — 147 Prince street Suite #4 65B, Brooklyn, NY 11201

Wall street — 44 Wall street, suite 604, New York, New York 10005

Bronx — 1891 Mc.Graw ave, Bronx, NY, 10462

6. Mount Sinai
Joshua Rosenberg M.D. 234 E. 85th Street 4 Floor, New York, NY 10028
See emails Jess Ting - 10 Union Square E, New York, NY 10003

7. Jeanifer's Hair Care Salon - 92-15 168th St, Jamaica NY 11433

Housing Law Suits
1. 14-16 Mt Hope Pl, Bronx, NY 10453
2. 945 Pteley Ave, Bronx, NY 10473
3. 2390 Grand Concourse Bronx, NY 10458
Staff Bull gun +4. 511 E 164th St, Bronx, NY 10456
Broke in room 5. 511 E. 163rd St Bronx, NY 10451
Emonie Broke in room 6. 2350 Davidson Ave, Bronx, NY 10468

~~Bronx Care Psychiatric Adult Outpatient Practice~~

7. 42 Officer Moclom and Goralz took me to a Psychiatric hospital where blood was running out of my arm